**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LATONYA J. THOMPSON, individually, and for and on Behalf of the Estate of Steven Thompson, deceased** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 4:26-CV-150-DMB-JMV**

**LEFLORE COUNTY, MISSISSIPPI, et. al.** **DEFENDANTS**

**ORDER GRANTING MOTION TO STAY**

Defendant Vernis & Bowling of Mississippi, PLLC has moved [Doc. 19] this Court for a stay of this proceeding pending a ruling on its Motion to Dismiss. The motion is unopposed by Plaintiff. Defendant Penn-Star Insurance Company filed a response to the motion, in which it advises the Court that it has no opposition to the instant motion to stay. However, in its response, Penn-Star advises that it, too, intends to file a motion to dismiss, and asks the Court to stay the entire case, with the exception of briefing on Penn-Star's imminent (but, yet to be filed) Motion to Dismiss.

Having considered the motion and the response, the Court finds that the Motion to Stay [Doc. 19] shall be granted. Similar to a stay provided for by L.U. Civ. R. 16(b)(3)(B), this Order stays the attorney conference and disclosure requirements and all discovery, until the earlier of a ruling on the motion to dismiss [Doc. 8] or March 30, 2027.[1]

The case management conference set for October 7, 2026, will be cancelled by separate notice.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Stay [Doc. 19] is **GRANTED.** Accordingly, the attorney conference and disclosure requirements and all discovery is hereby stayed until the earlier of a ruling on Defendant Vernis & Bowling of Mississippi, PLLC's

1 In the event Defendant Penn-Star later files a motion to dismiss with a separately filed motion to stay pending a ruling on said motion to dismiss, the Court will consider the motions in due course.

Motion to Dismiss [Doc. 8], or March 30, 2027. Counsel is directed to notify the Court within seven days of a ruling on the pending motion to dismiss.

**SO ORDERED**, this the 29th day of September, 2026.

*/s/ Jane M. Virden*
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE